```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Eric Rolfs</u>

    v.                                     Civil No. 11-cv-501-LM

<u>Home Depot USA, Inc.</u>

<u>O R D E R</u>

Today, the court held a telephone conference. Attorney Michael T. Pearson appeared for plaintiff, and Attorney M. Amy Carlin appeared for defendant.

During the telephone conference, it became clear plaintiff's counsel has not been communicating with defendant's counsel. The lack of communication has included topics as important as responding to a settlement offer, as well as more mundane matters, such as the three-day extension request in document no. 35. The court admonished plaintiff's counsel to respond promptly to communications from defendant's counsel.

Attorney Pearson indicated that (a) plaintiff has no objection to document no. 35, and (b) he would respond promptly (following today's telephone conference) to defendant's July 8, 2013, settlement offer. Attorney Pearson further assured the

court that he and/or Attorney Bernson would respond promptly to future inquires and/or communications from defendant's counsel.

Document no. 35 is granted.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

August 15, 2013

cc: Tracy A. Bernson, Esq.
 Michael T. Pearson, Esq.
 M. Amy Carlin, Esq.